684 A.2d 1355

IN THE MATTER OF JEFFREY R. POCARO,
AN ATTORNEY AT LAW.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **JEFFREY R. POCARO** of **SUMMIT,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for one year by Order of this Court dated September 7, 1995, be restored to the practice of law, effective immediately;  and it is further

ORDERED that respondent pay to the Disciplinary Oversight Committee the outstanding administrative costs in the amount of $1,723 beginning on August 1, 1996, and on the first day of each month in equal monthly installments of $143.59, until the costs are paid in full.